January 22, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF
P. A. P.

NO. 14-14-00923-CV                          V.

_____

Today the Court heard its own motion to dismiss the appeal from the orders signed by the court below on October 15, 2014 and October 24, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Patricia Ann Potts.

We further order this decision certified below for observance.